# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTOPHER LANDON ZACHARY

NO. 2022 KW 0559

**AUGUST 12, 2022**

---

In Re:   Christopher Landon Zachary, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 21-MISD-124192.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT GRANTED.** Relator represents that the district court has failed to act on his motion for speedy trial filed on July 6, 2021. Accordingly, if it has not already done so, the district court is ordered to act on relator's motion for speedy trial on or before September 30, 2022. A copy of the district court's ruling shall be filed in this court on or before October 7, 2022.

**VGW**
**JMG**

**Wolfe, J.,** dissents and would deny the writ. The record of the Livingston Parish Clerk of Court's Office shows that the district court is proceeding toward disposition of relator's motion for speedy trial.

COURT OF APPEAL, FIRST CIRCUIT

a.S.
_____
DEPUTY CLERK OF COURT
FOR THE COURT